**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |  |
|---|---|---|
| VIGILANT INSURANCE COMPANY | : | |
| 15 Mountain View Road | : | |
| Warren, NJ  07059 | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 4:10-cv-0007 SEB- |
| | : | WGH |
| v. | : | |
| | : | |
| SUNESIS CONSTRUCTION CO. | : | |
| 2610 Crescentville Road | : | |
| West Chester, Ohio 45069 | : | |
| | : | |
| and | : | |
| | : | |
| ATLAS EXCAVATING, INC. | | |
| 4740 Swisher Road | | |
| West Lafayette, IN  47906 | | |
| Defendants. | | |

## AMENDED COMPLAINT

Plaintiff, Vigilant Insurance Complaint, as and for its claim for relief against the

Defendants, Sunesis Construction Co. and Atlas Excavating, Inc., states and alleges:

1.      Plaintiff, Vigilant Insurance Company ("Vigilant") is an insurance corporation

duly organized and existing under and by virtue of the laws of the State of New York, with its

principal office and place of business at 15 Mountain View Road, Warren, New Jersey 07059.

2.      Defendant, Sunesis Construction Co. ("Sunesis") is, upon information and belief,

a corporation duly organized and existing under and by virtue of the laws of the State of Ohio, or

of a state other than New York or New Jersey, which maintains its principal place of business at

2610 Crescentville Road, West Chester, Ohio 45609.

3.      Defendant Atlas Excavating, Inc. ("Atlas") is, upon information and belief, a

corporation duly organized and existing under and by virtue of the laws of the State of Indiana,

or of a state other than New York or New Jersey, which maintains its principal place of business

at 4740 Swisher Road, West Lafayette, Indiana 47906.

4.     This Court's jurisdiction is founded upon diversity of citizenship, pursuant to 28 U.S. Code §1332(a)(1), in that the Plaintiff and Defendant are citizens of different states, and the amount in controversy, exclusive of interests and costs, exceeds the sum of $75,000.

5.     Venue is properly laid in this district pursuant to 28 U.S. Code §1391(a)(2) in that a substantial part of the events or omissions giving rise to the claim asserted in this action occurred in this District.

6.     Prior to January 9, 2008, Vigilant issued its policy of insurance number 652-60-26 (the "Builders Risk Policy") to Shook National Corporation, among others ("Shook") which policiy insured, among other things, a waste water treatment plant construction site in the City of Columbus, Indiana (the "Subject Site").

7.     Prior to January 9, 2008, Vigilant issued its policy number 6623515 (the "Equipmentt Policy") to Shook, which policy insured, among other things, certain construction equipment owned by Shook which was located at the Subject Site.

8.     On or about January 9, 2008, the Subject Site experienced flooding, which resulted in damage to the Subject Site and the improvements thereon, as well as to equipment owned by Shook located on the Subject Site, and caused Shook to incur other damages, costs and expenses.

9.     The January 9, 2008 incident at the Subject Site and the resultant damages as alleged above were caused by the negligent acts and omissions of Sunesis and of Atlas, in its capacity as a subcontractor to Sunesis, and their agents and employees, including but not limited to negligence in altering, destroying, damaging or otherwise compromising flood control facilities and features in and around the Subject Site  which were intended to prevent, and would have prevented, such flooding from occurring, failing to correct and repair such alteration, damage and destruction, despite having been instructed to do so and despite having specific notice and awareness of the potential for damage to the Subject Site and equipment located on the Subject Site, and in otherwise failing to exercise reasonable care under the circumstances.

10.     Shook duly made claim under the Builders Risk Policy and the Equipment Policy for damages resulting from the January 9, 2008 incident a the Subject Site and, having complied with any conditions precedent to receipt of payment thereunder, Vigilant duly made payment under the Builders Risk Policy in the amount of $412,113,24, and under the Equipment Policy in the amount of $26,028.07.

11.     Under and pursuant to he terms of the Builders Risk Policy and the Equipment Policy, and otherwise by operation of law, and to the extent of its payments as set forth above, Vigilant is subrogated to the rights of Shook to pursue legal action against defendants for the damages which resulted from the January 9, 2008 incident at the subject .

WHEREFORE, Vigilant Insurance Company demands judgment against defendants in the amount of $438,141.31, together with interest thereon as provided by law and costs of this action.

Respectfully submitted,

COZEN O'CONNOR

BY:   /s/  Daniel Q. Harrington
        Daniel Q. Harrington
        1900 Market Street
        Philadelphia, PA  19103
        Phone:  215-665-2126
        E-mail: dharrington@cozen.com
        Attorneys for Plaintiff Vigilant Insurance Company

Larry R. Church
Steven P. Langdon
McNeely, Stephenson Thopy & Harrold
611 East Spring Street
New Albany, Indiana 47150
Phone: (812) 725-8224
E-mail:  lrchurch@msth.com
          splangdon@msth.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2010 a copy of the Amended Complaint was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

- **Larry R. Church**
  lrchurch@msth.com,knminor@msth.com
- **Daniel Q. Harrington**
  dharrington@cozen.com
- **Steven P. Langdon**
  splangdon@msth.com,knminor@msth.com
- **Anthony J. Morrone**
  amorrone@cozen.com,bcarroll@cozen.com,jdennis@cozen.com
- **Richard Robert Skiles**
  rskiles@skilesdetrude.com,sfallis@skilesdetrude.com
- **Anderson R. White**
  awhite@skilesdetrude.com

COZEN O'CONNOR

DATED:  June 7, 2010                    By:  /s/  Daniel Q. Harrington
                                             Daniel Q. Harrington
                                             1900 Market Street
                                             Philadelphia, PA  19103
                                             dharrington@cozen.com
                                             Phone: (215) 665-2126
                                             Fax:     (215) 701-2126

PHILADELPHIA\5577482\1  218138.000